**LEONARD G. TUCKER** AND **EZEKIEL Y. CROWELL** *versus* **MAGER KING, ORVILLE FOSTER, JOHN ALLEN,** AND **HENRY WARNER.**

JOURNAL ENTRIES (1832–33): *Journal 4:* (1) Rule to appear and for publication of notice *p. 507.

*Journal 5:* (2) Motion to take bill as confessed *p. 1; (3) bill taken as confessed, referred to master *p. 3; (4) master's report confirmed, decree *p. 5.

PAPERS IN FILE: (1) Bill of complaint; (2) precipe for subpoena; (3) writ of subpoena and return; (4) affidavit of non-residence; (5) proof of publication of notice; (6) motion to take bill as confessed; (7) master's report of amount due; (8) promissory note—King & Foster to Tucker & Crowell; (9) deed of mortgage—King & Foster to Tucker & Crowell; (10) final decree signed by two of the judges; (11) partnership agreement between Foster and King.

*Chancery Case* 150 of 1832.